**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASTGHIK KARAKHANYAN,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN OF OTAY MESA DETENTION CENTER*,*<br><br>                    Respondent. | Case No.: 25-cv-03454-JO-MMP<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PETITIONER TO FILE DECLARATION IN SUPPORT OF PETITION AND FOR RESPONDENTS TO FILE RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

Having considered the parties' Joint Motion to Extend Time, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Petitioner's declaration in support of his petition shall be filed on or before December 16, 2025 at 5:00p.m. Respondents shall file its response to the Court's order to show cause on or before December 17, 2025 at 12:00p.m. The Court's hearing on December 18, 2025 at 9:30a.m. remains on calendar.

**IT IS SO ORDERED.**

DATED:  December 15, 2025

_____
Hon. Jinsook Ohta
United States District Judge